EDNA CHANDLER, Respondent, v. IRVING KOPF, Appellant. —

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 733.]

■

VICTOR BATSU, an Infant, by CHRISTY BATSU, His Guardian ad Litem, et al., Appellants, v. EMILY D. KOPPELL et al., Respondents. —

Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.